**Antonio Vera ALANIS, Plaintiff–Appellant,**

v.

**UNITED STATES of America, (FEDERAL BUREAU OF PRISONS); Samuel Stanley; W. McCollum; J. Bradford, Defendants–Appellees.**

No. 12–6418.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Antonio Vera Alanis, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina; William Eric Freeman, Moore & Van Allen, Morrisville, North Carolina; Drew Kyle Kifner, Moore & Van Allen, Research Triangle Park, North Carolina, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Vera Alanis appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alanis v. United States,* No. 5:10–ct–3073–BO (E.D.N.C. Dec. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*